IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LINDA ZION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:09-cv-0666 WTL - TAB |
| v. | ) |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, LINDA ZION, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by all parties.

The dismissal of the above captioned matter is *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this Notice of Dismissal. If this case has not been reinstated within forty-five (45) days from the date of entry of this Notice, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

Respectfully submitted,
**LINDA ZION**

By:   s/ Larry P. Smith
      Attorney for Plaintiff

Dated: June 30, 2009
Larry P. Smith (Atty. No.: 6217162)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:  (312) 222-9028 (x811)
Facsimile:   (888) 418-1277
E-Mail:      lsmith@lpsmithlaw.com